IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL WADE,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 09-CV-1797** |
| **CENTRAL PARKING SYSTEMS OF** : | |
| **PENNSYLVANIA, INC.,** : | |
|     **Defendant.** : | |

## ORDER

**AND NOW**, this _____ day of August, 2011, upon consideration of Defendant's Motion for Summary Judgment (Docs. 30), Plaintiff's Response in Opposition thereto (Docs. 35-38), and Defendant's Reply (Docs. 42-43), **IT IS HEREBY ORDERED** and **DECREED** that the Motion is **DENIED.**

                                                           **BY THE COURT:**

                                                           **/s/ Petrese B. Tucker**
                                                           _____
                                                           **Hon. Petrese B. Tucker, U.S.D.J.**