UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WADE, individually           )
and on behalf of those similarly     )
situated,                            )
                                     )
          Plaintiffs,                )
                                     )
v.                                   )        Case No. 09-CIV-1797
                                     )
CENTRAL PARKING SYSTEMS              )
OF PENNSYLVANIA, INC.,               )
                                     )
          Defendant.                 )
_____)

## ORDER

AND NOW, upon consideration of the parties' joint Stipulation of Dismissal with Prejudice, and for good cause shown, it is hereby **ORDERED** that: (1) all pending motions are withdrawn and considered moot; and (2) this action, and each and every claim therein, is hereby **DISMISSED WITH PREJUDICE.** All parties shall bear their own costs. This Court shall maintain jurisdiction over this matter for purposes of enforcing the settlement between the parties.

This ___ day of _____, 2012.


_____
The Honorable Petrese B. Tucker
United States District Judge

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WADE, individually and on behalf of those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 09-CIV-1797 |
| CENTRAL PARKING SYSTEMS OF PENNSYLVANIA, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Michael Wade ("Plaintiff") and Defendant Central Parking System of Pennsylvania, Inc. ("Central Parking") and file this Stipulation of Dismissal with Prejudice and show as follows:

The parties above have agreed to resolve this matter through settlement and have entered into a settlement agreement and general release (the "Agreement").

As a term and condition of the Agreement, Plaintiff has agreed to withdraw any pending motions and dismiss all of his claims against Defendant Central Parking with prejudice. The Court shall retain jurisdiction over this matter in order to enforce the terms of the settlement agreement, if necessary.

NOW THEREFORE, Plaintiff stipulates and agrees to the withdrawal of all pending motions and dismissal of Case Number 09-civ-1797, and every claim therein, with prejudice. All parties to bear their own costs except as set forth in the Agreement. For the convenience of the Court, a proposed Order is attached hereto.

Respectfully submitted on this _____ day of_____, 2012.

**SWARTZ CAMPBELL LLC**

S/William T. Salzer
William T. Salzer, Esq.
Identification No. 42657
Two Liberty Place – 28th Floor
50 South 16th Street
Philadelphia, Pennsylvania 19102
Telephone: (215) 564-5190
Facsimile: (215) 299-4301

*Attorney for Plaintiff Michael Wade*


*-and-*

**MARTENSON, HASBROUCK & SIMON, LLP**

S/Marty N. Martenson
Marty N. Martenson, Esq.
Georgia Bar No. 471100
David C. Hamilton, Esq.
Georgia Bar No. 141397
Matthew D. Crawford, Esq.
Georgia Bar No. 190109
3379 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326
Telephone: (404) 909-8100
Facsimile: (404) 909-8120

-and-

**Schnader Harrison Segal & Lewis LLP**
Nicholas N. Price
Identification No. 20243
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2196
Fax: (215) 972-7484

*Attorneys for Defendant Central Parking
System of Pennsylvania, Inc.*

2